# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

November 15, 2011

| No.: 11-1093 | PREMIER NETWORKS, INC., Plaintiff - Appellant<br><br>v.<br><br>STADHEIM & GREAR, LTD., et al.,<br>  Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-04405<br>Northern District of Illinois, Eastern Division<br>District Judge Elaine E. Bucklo ||

Upon consideration of the **MOTION FOR VOLUNTARY DISMISSAL UNDER RULE 42(b)**, filed on November 14, 2011, by counsel for the appellant,

**IT IS ORDERED** that this appeal is **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit